RECEIVED
Mail Room
MAY 17 2012
United States Court of Appeals
District of Columbia Circuit

Nicholas J. DuBois
57 Pleasant Valley Drive
Vernon, New Jersey 07462-3430
**telephone 973-209-2929; eFax 973-858-0404**
**e-mail:** <*NickEsq@Gmail.com*>

May 14, 2012

**Via reg. mail**
Mark J. Langer, Clerk
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 5523
Washington, D.C. 20001

RE: Motion to Dismiss Appellee Finestein & Malloy, L.L.C. with Prejudice
***DuBois v. Washington Mut. Bank*, et al., Case no. 10-5333**

Dear Mr. Langer:

I am the appellant *pro se* in the above-captioned case. Please find enclosed my motion to dismiss Finestein & Malloy, L.L.C. ("F&M") with prejudice from the pending appeal. These parties have settled, and F&M concurs with the dismissal.

Please do not hesitate to contact me should you have any questions. Thank you for your courtesies.

Respectfully yours,

Nicholas J. DuBois

/nd
Enc.
cc: Certificate of Service List **(via reg. mail w/enc.)**

RECEIVED
Mail Room
MAY 17 2012
United States Court of Appeals
District of Columbia Circuit

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **NICHOLAS J. DuBOIS,** | D.C. Circuit App. No. 10-5333 |
| *Appellant* | D.D.C. No. 1:09cv02176(RJL) |
| *vs.* | |
| **WASHINGTON MUTUAL BANK, N.A.; FINESTEIN & MALLOY, L.L.C. *et al.*,** | |
| *Appellees.* | |

**MOTION TO DISMISS APPEAL WITH PREJUDICE AS TO DEFENDANT-APPELLEE FINESTEIN & MALLOY, L.L.C.**

Pursuant to FRAP 42(b) and Circuit Rules 42 and 27(g), Nicholas J. DuBois, Appellant, hereby dismisses this appeal against FINESTEIN & MALLOY, L.L.C. ("F&M") with prejudice, based upon a settlement agreement reached between DuBois and F&M.

Therefore, Nicholas J. DuBois moves this Court to dismiss this appeal with prejudice as to F&M (only). F&M concurs in this motion.

Both parties shall bear their own attorney fees and costs.

Dated this 12th day of May 2012.

NICHOLAS J. DUBOIS,
Appellant *pro se*

by: ______________________________
Nicholas J. DuBois

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **MOTION TO DISMISS APPEAL WITH PREJUDICE AS TO AS TO DEFENDANT-APPELLEE FINESTEIN & MALLOY, L.L.C.** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit via the United States Postal Service by first class mail, postage prepaid, or have dispatched it to a third party commercial carrier on the date executed hereinbelow for delivery. I further certify that I have served the foregoing document on the following individual(s) and/or entity(ies):

Joseph S. Abrenio, Esq.
LeClairRyan, P.C.
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314-6833
Attorney for Appellee Finestein & Malloy, L.L.C.

Precious Murchison, Esq.
Greenberg Traurig LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037-1593
Attorney for Appellees JPMorgan Chase Bank, N.A., Chase Home Finance, LLC, and Tait O. Norton

Russell J. Pope, Esq.
Treanor Pope & Hughes, P.A.
29 West Susquehanna Avenue, Suite 110
Towson, Maryland 21204-5219
Attorney for Appellee Federal National Mortgage Association

J. Scott Watson
Federal Deposit Insurance Corporation
3501 North Fairfax Drive
Arlington, Virginia 22226
Attorney for the FDIC in both its capacity as Receiver for Washington Mutual Bank, N.A. and its corporate capacity

Dated this 15th day of May 2012.

[signature]

NICHOLAS J. DUBOIS
Appellant *pro se*